# Court of Appeals
# of the State of Georgia

ATLANTA, May 21, 2012

*The Court of Appeals hereby passes the following order*

## A12I0220. MIDDLE GEORGIA WOMEN'S SPECIALISTS, INC., et al v. JANET D. JORDAN.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2010CG0355



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 21, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*